1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7                         FOR THE DISTRICT OF ARIZONA

8    United States of America,              )    No.  CV-16-04389-PHX-SPL
                                            )
9                        Plaintiff,         )    (No. CR-15-00919-PHX-SPL)
                                            )
10   vs.                                    )
                                            )
11                                          )    **ORDER**
                                            )
12   Luis Ramon Flores-Cordova,             )
                                            )
13                       Defendant/Movant.  )
                                            )
14   _____       )

15         Movant Luis Ramon Flores-Cordova has filed a Motion to Vacate, Set Aside, or

16   Correct Sentence by a Person in Federal Custody pursuant to 28 U.S.C. § 2255

17   ("Motion") (Doc. 1). On June 13, 2017, the Honorable John Z. Boyle, United States

18   Magistrate Judge, issued a Report and Recommendation ("R&R"), recommending that

19   the Court deny the Motion. Judge Boyle advised the parties that they had fourteen (14)

20   days to file objections to the R&R and that failure to file timely objections could be

21   considered a waiver of the right to obtain review of the R&R. (Doc. 6); 28 U.S.C. §

22   636(b)(1); Fed. R. Civ. P. 6, 72; *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th

23   Cir. 2003).

24         The parties did not file objections, which relieves the Court of its obligation to

25   review the R&R.  *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149

26   (1985) ("[Section 636(b)(1)] does not… require any review at all… of any issue that is

27   not the subject of an objection."); Fed. R. Civ. P. 72(b)(3) ("The district judge must

28   determine de novo any part of the magistrate judge's disposition that has been properly

objected to."). The Court has nonetheless reviewed the R&R and finds that it is well-taken. The Court will adopt the R&R and deny the Motion. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b)(3) ("The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions."). Accordingly,

**IT IS ORDERED:**

1. That Magistrate Judge Boyle's Report and Recommendation (Doc. 6) is **accepted** and **adopted** by the Court;

2. That the Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody pursuant to 28 U.S.C. § 2255 (CV-16-04389-PHX-SPL, Doc. 1; Doc. 29, CR-15-00919-PHX-SPL) is **denied**;

3. That this case is **dismissed with prejudice**;

4. That a certificate of appealability and leave to proceed *in forma pauperis* on appeal are **denied** because jurists of reason would not find the procedural ruling debatable;

5. That the Clerk of Court shall file this Order in the underlying related criminal action, Case No. CR-15-00919-PHX-SPL; and

6. That the Clerk of Court shall enter judgment accordingly and **terminate** this action.

Dated this 7th day of July, 2017.

Honorable Steven P. Logan
United States District Judge

2